## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. John Michael Vazquez |
| v. | Crim. No. 18-12 (JMV) |
| VERNON JORDAN | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Stephen Ferketic, Assistant United States Attorney), and defendant Vernon Jordan (by Linda Foster, Esq.), for an order granting a continuance of proceedings in the above-captioned matter, from the date this order is signed through and including December 31, 2018, to permit the parties and the Court the reasonable time necessary to prepare for sentencing; and the defendant being aware that he has the right to proceed to trial within 120 days of his arrival in the receiving State (the District of New Jersey) under the Interstate Agreement on Detainers Act ("IADA"); and two prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance in open court; and the United States having no opposition; and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for

effective preparation for sentencing, taking into account the exercise of due diligence;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) The defendant has consented to the aforementioned continuance.

IT IS, therefore, on this _18th_ day of September, 2018;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through December 31, 2018.

HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge

Form and entry consented to:

J. Stephen Ferketic
Assistant U.S. Attorney

Danielle Alfonzo Walsman
Chief, Public Protection Unit

Linda Foster, Esq.
Counsel for Defendant Vernon Jordan